# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| OBEC G., | Case No. 19-CV-2269 (NEB/HB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WILLIAM P. BARR, Attorney General of the United States, | |
| Respondent. | |

This is a habeas action brought under 28 U.S.C. § 2241 by Petitioner Obec G., a removable alien who, since filing his petition, was removed to South Sudan. In an October 16, 2019 Report and Recommendation, United States Magistrate Judge Hildy Bowbeer recommended that the petition be denied as moot because Petitioner was returned to South Sudan and the Court cannot give him the relief he seeks—an order requiring immediate release pending removal. [ECF No. 14.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 14] is ACCEPTED;

2. The petition for writ of habeas corpus [ECF No. 1] is DISMISSED AS MOOT; and

3. The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: November 4, 2019                     BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge